AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Shauna Maryann Boselli | ) | Case No. 8:16mj1778 TBM |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ November 29, 2016 _____ in the county of _____ Hillsborough _____ in the _____ Middle _____ District of _____ Florida _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Use of a facility of interstate/foreign commerce to attempt to knowingly persuade, induce, entice and coerce a person who has not yet attained the age of 18. |
| 18 U.S.C. § 2 | Aiding and abetting. |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Terri Botterbusch, Special Agent
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: 11-30-16

_____
Judge's signature

City and state: _____ Tampa, Florida _____

Thomas B. McCoun, III, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Terri Botterbusch, being duly sworn, depose and state:

1.      I am a Special Agent ("SA") with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"). I have been employed with HSI for over thirteen years. I am currently assigned to the HSI, Special Agent in Charge (SAC), Tampa, Florida. I have investigated matters involving the online exploitation of children, particularly in relation to violations of Title 18, United States Code, Sections 2422(b), 2251, 2252 and 2252A, which criminalize the use of a facility of interstate/foreign commerce to attempt to knowingly persuade, induce, entice and coerce a person who had not yet attained the age of 18 to engage in sexual activity for which any person can be charged with a criminal offense, and the production, possession, receipt and transmission of child pornography. I have made arrests and conducted searches pertaining to these types of investigations. I have attended specialized courses involving computers and child exploitation. Prior to August of 2005, I was assigned to Operation Panama Express where I investigated multi-ton cocaine smuggling cases as well as international drug trafficking organizations. I was employed as a St. Lucie County Sheriff's Deputy from 1995 until 2002, where I worked as a road patrol deputy and narcotics/vice detective.

2.      I am authorized to investigate violations of the laws of the

United States and to execute arrest and search warrants issued under the authority of the United States.  I have received training for online undercover investigations involving child exploitation and have participated in numerous investigations involving child pornography.

3.      This affidavit is submitted in support of an application for an arrest warrant for Richmond Joseph MCDONALD and Shauna Maryann BOSELLI.  This affidavit does not set forth every fact resulting from the investigation; rather, it sets forth facts sufficient to establish probable cause to believe that Richmond Joseph MCDONALD and Shauna Maryann BOSELLI committed violations of Title 18, United States Code, Section 2422(b), Enticement and Attempted Enticement of a Minor and Title 18, United States Code, Section 2, aiding and abetting each other in the commission of the offense. As discussed further below, BOSELLI used a computer or a cellular phone, which was connected to the Internet, a facility of interstate or foreign commerce, to attempt to knowingly persuade, induce, entice and coerce an individual who had not attained the age of 18 years, through communications with the child's Father, to engage in sexual activity for which any person can be charged with a criminal offense. I am requesting that the Court issue an arrest warrant for Shauna Maryann BOSELLI based upon the following information that I have learned in my official capacity, by firsthand

observations, as well as by receiving information from federal and local law enforcement in reference to this investigation.

## KIK MESSAGING APPLICATION

4.      Kik is a mobile application that can be used on any Wi-Fi or cellular connected device, like an iPod, iPad, cell phone, tablet, etc.  People download the application primarily for chatting with other individuals or with groups of people in chat rooms. This application allows you to post videos and images into your chat that are viewable to everybody in your exclusive chat. Kik also has its own web browser page which can be used to access traditional websites as well as those designed especially for Kik. Additionally, from within the Kik application you can access other associated applications.

## PROBABLE CAUSE

5.      On or about November 29, 2016, HSI Orlando executed a federal child exploitation search warrant at 33 E. Winter Park Street, Orlando, Florida. During the execution of the search warrant, SA Ken Mcclenahan and SA Joe Grey made contact with Jamie Esposito, who allowed the agents inside his home to discuss the reason for their presence at his home.  During the interview with Esposito, he confirmed his use of several online accounts which were pertinent to the investigation.  Some of these accounts are:

a.     Kik: Username: tigertaill99

b.     Gmail: papertiger927@gmail.com

c.     Gmail: jaminspoon@gmail.com

d.     Gmail: jEsposito@gmail.com

e.     Motherless.com: papertiger927

6.     Esposito also allowed the agents to search the contents of his phone. SA Mcclenahan conducted the search of Esposito's phone during and after the interview. While conducting the preview, SA Mcclenahan located several Kik conversations between Esposito and a Kik user by the username of "RjM337" with a display name of "TampaCouple 337."

7.     On or about July 11, 2016, Esposito began a Kik conversation with RjM337 by sending two messages, "[l]ol" and "[y]es indeed." RjM337 replied, "[s]how me (with a laughing emoticon)" and "[c]um on her panties." Esposito responded with an image of what appears to be Esposito holding his penis with shorts clinched between his feet. Later in the interview Esposito confirmed that they were discussing sexually driven conversations involving his 7-year-old daughter ("child victim"), the owner of the RjM337 account known as "RJ" and RJ's wife, known only as Shauna. Later in the conversation, on July 11, 2016, Esposito sent a message to RJ stating that he made hotel reservations for July 19th in west Tampa. RJ responded stating "[n]ice" and "[w]hat are you guys

doing now." Esposito replied, "[s]he's off at camp, I'm on my way to an apt.. life as usual."

8.      RJ and Esposito sent intermittent messages sent back and forth until July 14, 2016, when RJ sent Esposito a message asking "[s]o, do you talk with others? With or without family?"

9.      On or about July 15, 2016, Esposito responded "What do you mean? Like how we talk? Or just like kik?" RJ replied, "I was wondering if there were others, that were cool, not like that group. They were not cool. I only know one women who's cool and a couple that I don't talk with much, but they are cool." Esposito responded stating "[h]onestly, nobody that I've really found. I had a friend from France that was a father as well, a similar one.. but we fell out of contact" and "I think that he comes to the same conclusion as me, it's better just to be private." RJ replied, "Good" and "I worry is all."

10.      On or about July 16, 2016, Esposito responded, "I understand that.. we hold each other's security.. I promise I'm being restrictive. Paranoid even." RJ replied, "When we meet, her and I will be nervous, and we will behave and let her make the move toward comfort..." Esposito responded stating his intent is to make this a "lifelong friendship" and that "everyone" will need to find their comfort level. Esposito also mentioned that "she'll," referring to the child victim, be shy at first and will "gravitate/copy S," which appeared to

mean that Esposito's daughter will gravitate towards RJ's wife and will copy

what she does. Esposito further stated that the child victim idolizes RJ's wife

"[c]ause she's like a princess lol." Esposito also stated, "I think my S wants to

grow up like your S." Esposito continued with messages discussing his plans for

what appeared to be he and the child victim's trip to Tampa. Esposito stated he

was "thinking" that they would to the hotel and check in on Tuesday. Then,

they would meet another friend and her son at the zoo. In the early evening,

Esposito would "text" RJ and discuss plans to meet to "grab something to eat?"

Esposito included the text, "(always cleanly)" in the text where he outlined his

plan to "text" about grabbing something to eat. Based on my training and

experience, Esposito was attempting to conceal his actual purpose for meeting

RJ when using the text messaging feature of his phone as opposed to using Kik.

        11.    Later in the interview, Esposito indicated both he and RJ believed

Kik was a safer form of communication than using email or text messaging

because they believed it was more difficult to track.

        12.    Later, in the same conversation on July 16, 2016, RJ replied stating

"[m]ight be able to meet at zoo if you want" and "for a few min." Esposito

replied, "[t]hat might work though, zoo." RJ replied, "Good first meet."

Esposito responded with, "It would to be after the lady and her son leave

though.. I can't accurately predict/control when that will be especially if she

wants to stay until close." RJ replied, "[t]hat's ok" and "[w]e'll figure it out."

13.    On or about July 17, 2016, Esposito sent RJ a message stating, "[g]etting excited!" RJ replied, "That's great" and a smiling emoticon.

14.    On or about July 18, 2016, Esposito sent RJ a message stating, "[y]our hard dick in my daughter's warm mouth" and "[l]ol in my fantasy at least." RJ replied, "[c]ute" and "[A]nd sexy." Esposito responded, "No, what I have in mind is us having a great day playing at the zoo and your back yard," "[n]o time idea yet" and "[w]ill S be wearing panties?" RJ replied, "[p]robably" and "[f]emale thing." Esposito responded, "Indeed, indeed" and "[m]aybe she could get tiger to take hers off mid zoo. I'm a little drunk so I shouldn't theorize too much.. but can you imagine them coming back from the bathroom together and presenting them to us?" RJ replied, "[l]ol, is hot at the zoo" and "[t]hey can run around naked later, being a nudist is legal." Esposito responded, "That'll be SO cute!!" RJ replied, "We mostly need to see if we all have chemistry." Esposito responded, "Aw man I am so excited. This is gonna be great memories." RJ replied, "I hope so," "Can you send us any photos tonight?", "S is nervous, but excited" and "[w]e will be passive until all of us feel comfortable." Esposito responded, "Sure! But don't worry.. theres nothing to be nervous about. We're going to do what everyone will have the most fun doing. If nothing happens it's because we'll know the feeling isn't right." RJ replied, "I'm

excited." Esposito responded, "Us too! She keeps asking." RJ replied,

"[i]deally, I want to be her uncle or God father so to speak."

15.     On or about July 18, 2016, Esposito sent RJ a video which showed
the child victim behind what appeared to be an adult shoulder. The child victim
is shown waving while saying hello and that she is excited. Shortly after sending
the video, Esposito sent a message stating, "I think she'd adore that," apparently
referring to RJ's message about being her uncle or godfather. Esposito also sent
two additional messages, "let's just enjoy ourselves and let the moment develop
naturally" and "[b]reak the ice at the zoo..don't force anything..andby the time
we get to the house you'll be her idols." RJ replied, "I am sure" and "[t]hat was
all cute."

16.     Shortly after sending the last message on July 18, 2016, RJ sent
Esposito a video, which Esposito later confirmed to depict RJ and his wife
Shauna. In the video, depicts a white male sitting in front of a camera with a
white female standing behind him off to one side. The female waves to the
camera and says "hi, I can't wait to meet you." Then the male and female turn
to each other and kiss. Shortly thereafter, Esposito responded with "[p]ics in a
bit when we get ready for bed.. brother has convinced us to play a board game
first.. Carcassonne." RJ replied, "Nice."

17.     On or about July 19, 2016, just after midnight, Esposito responded,

"she loved the vid lol." RJ replied, "[n]ice." Esposito responded by sending a picture of the child victim holding a child's toy and asked, "[a]round?" RJ replied, "yes" and Esposito sent another image that was too dark to distinguish an image other than some sort of stuffed animal. Esposito followed with a message stating the last image was too dark. RJ replied, "Awww." Esposito commented on the image showing up better on his screen and stated, "What are you two up to? And what time should we be aiming for?" RJ replied, "Laying around thinking about going to bed soon. We don't really have a time just need to know when you are on your way" and "[w]e can find an easy spot in the park to meet by, like the carousel for example." Esposito responded, "Sure that's cool." RJ replied, "K."

18.     On or about July 19, 2016, Esposito sent RJ another picture of the child victim which appeared to show her lying in bed holding a stuffed animal. RJ replied, "Aww, we adore her." Esposito responded with a smiling emoticon and "[w]e think you guys are the best." RJ replied, "[v]ery happy" and "I look forward to looking term friends." Esposito responded, "[m]e too for sure" and "hey do you have the pic of S with the tiger cub?" RJ replied, "I can send on snap[1]." Esposito responded, "K!", "[s]he's asking" and "[t]his is tigers pic." The last message followed with Esposito sending an animated image of a multicolored penis inserted into a female vagina. Esposito added, "[i]t's

---

[1] Based on my training and experience, "snap" is suspected to be short for the Snapchat mobile application.

animated," "[b]ut doesn't work," and "[a]w." RJ replied, "Lol." Esposito

responded, "Tiger[2] says "wow! How can I do that too??" In the following

messages, RJ and Esposito briefly discussed a cat refuge in Dade City then

Esposito stated, "[s]orry.. falling asleep.. she's wanting to put it away." RJ

replied, "It's very awesome" and "[n]ight night then, text us in the morning."

Esposito responded, "Ok sounds good" and "Gn."

19.    In reviewing the Kik conversations with RJ, it appeared the

conversations ceased on or about July 31, 2016. However, during the interview,

Esposito mentioned that he also communicated with RJ via his cell phone text

messaging application. Esposito directed SA Mcclenahan to a text conversation

in his phone under the phone contact "RJ & S" with a phone number of "813-

382-1048." SA Mcclenahan reviewed the content of this conversation and found

Esposito, who was using the phone number 407-252-8186, began

communicating with RJ via text in May of 2016.

20.    During the initial text conversations, RJ and Esposito discussed

Esposito being with his daughter and arranging communication via Snapchat,

Kik and Wicker. In one of Esposito's text messages on May 17, 2016, he

provided RJ with his Kik username, "Tigertail99." Esposito also indicated he

had previously communicated with RJ via an old Kik profile but that his old

---

[2] In certain portions of the Kik messages and other text messages, ESPOSITO appeared to refer to the child victim as "tiger."

phone with that username was no longer in service.

21.     During the initial text messages between RJ and Esposito, they discuss eventually meeting and RJ provided Esposito with his Kik information: RjM337 and TampaCouple337.

22.     On or about July 11, 2016, Esposito sent RJ a text stating, "[h]ey we are coming to Tampa with a family friend on the 19th, and then it will be just me and the tiger staying overnight. Maybe good?" RJ replied, "[n]ice." RJ and Esposito discussed a "story" RJ had apparently posted online and communicating on Kik.

23.     The Kik and text messaging conversations eventually lead up to July 18, 2016, where RJ and Esposito seemed to switch back and forth between Kik and text. The Kik messages have been noted above. The following is a synopsis of the text messages leading up to RJ and Shauna meeting Esposito and the child victim in Tampa, Florida.

24.     On or about July 18, 2016, RJ sent Esposito a text message stating, "So what was the plan so far?" Esposito responded, "[d]riving now, friend is no longer coming to the zoo tomorrow.. but we are still headed out that way tomorrow morning, rain or shine (smiling emoticon)" and "[a]lmost to grandma's house now." RJ replied with a series of messages, "[y]ou want to meet at the zoo tomorrow," "[a]nd this is this the best way to have basic

conversation while you're traveling rather than snap or Kik," "[y]ou can always wicker important information with a short time," and "[w]here is grandmother's house? You staying there tonight?" Esposito responded, "[i]n vero beach, heading to port st lucie to stay the night" and "[w]ith brother." RJ asked, "t]hen Tampa tomorrow?" Esposito responded, "Yup! Sorry, just getting settled In Lucie now.. so do you want to be our zoo mates? Totally onboard with everything you said before." RJ replied, "[c]am try." Esposito responded, "Don't stress, cause it's very last minute. Everything will work out" and "It's going to be hot as FUCK.. pardon my tone, but we wont last long there anyways." RJ replied with a series of texts, "[w]hat time you thinking?" "[w]e can meet there then maybe grab a meal and then if you want you can follow us home and they can play in the backyard," "[t]hen everybody can shower" and "[y]ou and her can take the lead on anything if you understand." Esposito responded, "[t]hat sounds great. We'll need to check into the hotel in the evening too." RJ replied, "[w]e can visit there too." Esposito texted with his anticipated schedule of leaving about 8:00am to get in Tampa by 10:30am and mentioned that it may be tough to get there by then. RJ replied with "Lol." Esposito responded stating he was going to bed and that they would talk the following day. RJ replied, "[o]f course" and asked, "[w]hat you got in mind." Esposito responded with "Kik," which appeared to indicate that he wished to

switch to Kik to discuss his intentions.  RJ replied that he was on Kik.  The Kik

messages are documented above with Esposito's July 18, 2016 message to told

RJ "your hard dick in my daughter's warm mouth."

    25.    On or about July 19, 2016, RJ and Esposito had the following

conversation:

    **RJ**:  Are you guys up?

    **Esposito**:  Hey yeah, almost all packed kiddos moving slowly.  – They

talk about checking into the hotel early and then making a plan from there.  Says

going right to the zoo is a problem after a long drive.

    **RJ**:  what time you think you be in zoo?

    **Esposito**:  says he'll be there sometime after 1pm.

    **RJ**: Where is hotel?

    **Esposito**: Maybe say 2 or 2:30 for buffer time, so you can plan around it?

Hotel is on rocky point.. hold on

    **Esposito**: 3025 n rocky point island

    **RJ**: Okay

    **RJ**: Are you guys alone in your car now on the way

    **Esposito**: Yeah, finally out of heavy rain

    **RJ**: Can we call would you and she like to talk

    **Esposito**: Sure, speakerphone ok?

13

**RJ**: Sure

This last message was received at 11:36am on July 19, 2016. The next message was sent from Esposito to RJ at 4:07pm stating, "Coming to the carousel!" RJ replied, "Ok."

26.     Esposito told special agents, during this time, he met with RJ and his wife and went back to their residence with the child victim.

27.     There was no further communication via text until the following morning at 6:36am when Esposito sent RJ a message stating they were going to stay an extra night in the same hotel. RJ asked if there was a pool at the hotel. Esposito responded, "Yup!" and sent a picture of the hotel pool and a picture of his daughter sitting on a bed with a breakfast tray on her lap. RJ replied, "[n]ice and cute." Esposito responded, "[w]ould you like to come visit? We always love seeing our friends (thumbs up emoticon)." Esposito and RJ exchanged messages about meeting again at the hotel. RJ responded stating his wife was not able to come with him at the time and that he would rather she join them. RJ and Esposito continued their discussion about meeting at the hotel but eventually decided to try again the following day.

28.     On or about July 21, 2016, RJ and Esposito made arrangements to meet at the hotel around 10:00am. At 9:54am, RJ sent Esposito a message stating he and his wife were on their way and asked for the hotel room number.

Esposito responded, "415." At 10:40am, Esposito sent RJ a message stating, "[h]ave fun." RJ responded, "[t]annkksss" and "water feels nice."

29.     During the interview with Esposito, he admitted to taking the child victim to Tampa over this past summer to meet with two people he called "RJ" and "Shauna." He described these people as a couple he met on motherless.com and who were interested sexually in his daughter. He said he brought his daughter to the Lowery Park Zoo where they met with RJ and Shauna and then went for ice cream before RJ led them all to his house somewhere in Tampa. While at the house, RJ performed oral sex on the child victim the while her dad watched. Esposito then said they went back to the hotel just he and his daughter to spend the night. The next morning, Esposito said RJ came over to the hotel and went swimming with the child victim.

30.     Esposito told the special agents that RJ was is former military and has a handgun and an AR15 rifle. He said that RJ told him after he molested his daughter that he wanted to do other things like strangle her. Esposito described RJ as evil. Esposito stated RJ drove a red hatchback foreign model vehicle.

31.     As a result of this search warrant, the child victim was interviewed on November 29, 2016. During interview of the child she eventually disclosed that her dad has been abusing her for a while. She also disclosed that her dad took her to Tampa to meet somebody she knew as RJ and that they went to the

zoo. After the zoo she said they went to a hotel and RJ used a vibrating dildo on her while her dad watched.

32.     During the cell phone preview, special agents recovered a conversation that appears to have occurred on or about October 25, 2016 while utilizing Kik and between Esposito and Kik user "thumper Thompson" (TT).  In this observed communication, Esposito describes a trip he took to Tampa with the child victim for the purposes for sexual abuse.  Esposito messages TT describing that his daughter performed oral sex on a man in Tampa and that the man and the man's wife or girlfriend performed oral sex on Esposito's daughter. "They both sucked him and the wife showed her how she swallows it.  They both licked her."  Esposito further describes that the man and woman in Tampa both "used fun vibes" on the child.

33.     As a result of a preview conducted on Esposito's cell phone, several images, with an associated date of July 19, 2016, were located.  Two of the images are of a red vehicle that appears to be in a parking lot.  One of the images is a close up shot of a vehicle bearing Florida Tag # 879YHA. Esposito previously discussed this date as the meeting date and this vehicle as the car driven by RJ (identified as Richmond MCDONALD). Additional pictures discovered with the date of July 19, 2016, include images at a hotel with the child victim and a white male and female believed to be RJ and Shauna.

34.    A check with SECTOR (HSI Communications) resolved the Florida tag #879YHA to a Red Nissan registered to Shauna Maryann BOSELLI or Richmond Joseph MCDONALD at 8202 Downfield Lane Tampa, Florida 33615.

35.    On or about November 30, 2016, a public records check was conducted on the phone number found as a result of a text conversation in the phone of Esposito under the phone contact "RJ & S" with a phone number of "813-382-1048." Public records results indicate that this phone number belongs to Richmond Joseph MCDONALD, Social security number XXX-XX-6862, Year of Birth, 1977 and address of 8202 Downfield Lane Tampa, Florida 33615.

36.    On or about November 30, 2016, a check was conducted with the Florida Department of Motor Vehicles that resulted in a valid Florida Driver's License for Richmond Joseph McDonald at 8202 Downfield Lane Tampa, Florida 33615 social security number XXX-XX-6862, and a date of birth of XX/XX/1977.

37.    Additionally, a check was conducted with the Florida Department of Motor Vehicles that resulted in a valid Florida Driver's License for Shauna Maryann BOSELLI at 8202 Downfield Lane, Tampa, Florida 33615 Date of birth XX/XX/1992. After a review of the Facebook images and the images obtained from the Florida Department of Motor Vehicles I believe that Shauna

Maryann BOSELLI is Shauna and the woman described by Esposito.

38.    On or about November 30, 2016, open source checks were conducted on Facebook that resulted in a Facebook page for Richmond MCDONALD.  After a review of the Facebook images and the images obtained from the Florida Department of Motor Vehicles I believe that Richmond MCDONALD is RJ and the man described by Esposito as engaging in sexual battery on the child victim.

39.    On or about November 30, 2016, HSI special agents conducted surveillance at the 8202 Downfield Lane Tampa, Florida 33615 and observed FL tag# 879YHA in the driveway of the residence. This vehicle has been previously identified as belonging to MCDONALD at the 8202 Downfield Lane Tampa, Florida 33615.

40.    On or about November 30, 2016, Tampa Electric confirmed that MCDONALD has an active electric account at the 8202 Downfield Lane Tampa, Florida 33615 since 2003.

41.    On or about November 30, 2016, Frontier Communications confirmed that there is active Internet service at the 8202 Downfield Lane Tampa, Florida 33615 and Richmond MCDONALD is the Internet subscriber. Frontier advised that he has had Internet at the 8202 Downfield Lane Tampa, Florida 33615 since April 2016.

42.     On or about November 30, 2016, HSI special agents in Orlando, Florida were present in federal court for the initial appearance of Esposito. At this time, with the approval of Esposito's attorney, the special agents were allowed to speak with him. The HSI special agents were allowed to show Esposito a printed out image of the 8202 Downfield Lane Tampa, Florida 33615 obtained from Google Maps. At this time, Esposito identified this image as RJ's (MCDONALD's) house in Tampa, Florida. Esposito stated that when you enter this house there is an office to your left. He told the special agents that RJ (MCDONALD) took him into this office and showed him child pornography on his computer and these are things he had done to other kids.

## CONCLUSION

41.    Based on the foregoing facts, there is probable cause to believe that Richmond Joseph MCDONALD and Shauna Maryann BOSELLI committed violations of Title 18, United States Code, Section 2422(b), Enticement and Attempted Enticement of a Minor and Title 18, United States Code, Section 2, aiding and abetting each other in the commission of the offense.


Affiant further sayeth naught.


S/A Terri Botterbusch HSI
TERRI BOTTERBUSCH
Special Agent
Homeland Security Investigations


Sworn to and subscribed before me
this 30 day of November, 2016.

THOMAS B. MCCOUN, III
United States Magistrate Judge