UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:16-cr-517-T-33AEP

RICHMOND JOSEPH MCDONALD
SHAUNA MARYANN BOSELLI

### BILL OF PARTICULARS
**(Forfeiture)**

The United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following is subject to forfeiture on the basis of the allegations set forth in the "Forfeiture" section of the Indictment filed in the above-styled criminal case:

a. An LG cellular phone, model LGMS631, with serial number 505CYEA014676;

b. An ASUS Nexus Tablet, model ME307T, with serial number CC0KBC185368;

c. A Toshiba external hard drive, with serial number 285JT1O5TC73;

d. A Gateway desktop computer, with serial number PTG860X00392400B322701;

e. A Red 2013 Nissan Juke with Florida license plate number 879YHA and VIN: JN8AF5MR7DT212234; and

 f. The real property located at 8202 Downfield Lane, Tampa, FL 33615, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

The following described land located in the County of Hillsborough, State of Florida, to-wit: Lot 13, Block 1, TIMBERLAND UNIT NO. 7A, a subdivision according to the plat or map thereof described in Plat Book 55, at Page(s) 38, of the public records of Hillsborough County, Florida.

Property Identification Number: U-27-28-17-0AQ-000001-00013.0.

    Respectfully Submitted,

    A. LEE BENTLEY, III
    United States Attorney

 By: *s/James A. Muench*
    JAMES A. MUENCH
    Assistant United States Attorney
    Florida Bar Number 472867
    400 North Tampa Street, Suite 3200
    Tampa, Florida 33602
    (813) 274-6000 – telephone
    (813) 274-6220 – facsimile
    E-mail: james.muench2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney
