AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
SHAUNA MARYANN BOSELLI

Case No. 8:16-cr-517-T-33AEP

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* SHAUNA MARYANN BOSELLI

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Enticement of a minor and aiding and abetting.

In violation of: 18 U.S.C. § 2422(b)

Date: 12/7/2016

*Issuing officer's signature*

City and state: Tampa, Florida

SHERYL L. LOESCH, Clerk, United States District Court
*Printed name and title*

Received U.S. Marshal 2016 DEC -7 PM 3:34 MIDDLE DIST. OF FLORIDA TAMPA

### Return

This warrant was received on *(date)* 12-7-16, and the person was arrested on *(date)* 12-8-16
at *(city and state)* TAMPA FL (IN-CUSTODY)

Date: 12-8-16

*Arresting officer's signature* SIGN FOR HSI

Jerad Whitis, Deputy U.S. Marshal
*Printed name and title*